FILED'08 JUN 19 16:44 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MICHAEL SCHORR, | ) | Civil No. 07-3044-CL |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Plaintiff has petitioned for judicial review of the Commisioner's final decision denying plaintiff's application for disability insurance benefits and supplemental security income benefits. On April 29, 2008, Magistrate Judge Clarke filed his Report and Recommendation (docket # 14), recommending that the decision of the Commissioner be affirmed.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve

1 - ORDER

"district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.

### Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 14) are adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this 19 day of June, 2008.

_____
Owen M. Panner
United States District Judge

2 - ORDER