FILED' 08 JUN 20 09:28 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MICHAEL SCHORR, | ) | Civil No. 07-3044-CL |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner, | ) | |
| Social Security | ) | |
| Administration | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

The decision of the Commissioner is affirmed.

DATED this _20_ day of June, 2008.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT